UNITED STATES of America,
Plaintiff–Appellee

v.

Felicia CARROLL, Defendant–
Appellant.

No. 11–30252
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 16, 2011.

Camille Ann Domingue, Assistant U.S. Attorney, John Luke Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Prentice Lang White, Esq., Counsel, P.L. White Law Firm, Baton Rouge, LA, for Defendant–Appellant.

Felicia Carroll, Jeanerette, LA, pro se.

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Felicia Carroll has moved for leave to withdraw and has filed a brief citing *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See also United States v. Flores*, 632 F.3d 229 (5th Cir.2011)(addressing requirements for an *Anders* brief). Carroll has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein.[1] We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. Although counsel did not fully comply with *Flores*, our independent review of the record reveals that any deficiencies in the brief do not affect the conclusion that no nonfrivolous issues are presented.